**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ELECTRIC LAST MILE SOLUTIONS, INC. SECURITIES LITIGATION | CASE NO. 2:22-cv-00545-CCC-LDW CLASS ACTION |

**JOINT STIPULATION AND [PROPOSED] ORDER**

**WHEREAS**, pursuant to conferences held with Judge Wettre on August 9, 2022 and October 18, 2022, and in accordance with Judge Wettre's order dated October 18, 2022, Lead Plaintiff Jun Zheng and named plaintiff Scott T. Hacker ("Plaintiffs") filed the Amended Class Action Complaint for Violations of the Federal Securities Laws on October 21, 2022 (the "Amended Complaint");

**WHEREAS**, counsel for Plaintiffs and counsel for defendants Jason Luo, James Taylor, Marshall Kiev, David Boris, and BDO USA, LLP (collectively, the "Defendants") have conferred regarding a schedule for Defendants to respond to the Amended Complaint;

**NOW, THEREFORE**, the parties, by and through their undersigned counsel hereby stipulate and agree to the following:

1.   Defendants shall answer or otherwise respond to the Amended Complaint by January 13, 2023;

2.   If Defendants file motion(s) to dismiss the Amended Complaint, Plaintiffs shall file their opposition(s) by March 14, 2023;

1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:22-CV-00545-CCC-LDW

3.     Defendants shall file any replies in support of their motion(s) to dismiss by April 14, 2023.

**IT IS SO STIPULATED.**

Dated:  November 15, 2022

By:   /s/ Laurence M. Rosen
   **THE ROSEN LAW FIRM, P.A.**
   Laurence M. Rosen
   lrosen@rosenlegal.com
   One Gateway Center, Suite 2600
   Newark, NJ 07102
   Tel:  (973) 313-1887
   Email:  lrosen@rosenlegal.com

   Yu Shi
   (admitted *pro hac vice*)
   yshi@rosenlegal.com
   275 Madison Ave, 40th Floor
   New York, NY 10016
   Tel: (212) 686-1060

   *Lead Counsel for Plaintiffs and
   the putative class*

By: /s/ Andrew J. Ehrlich
   **PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP**
   Andrew J. Ehrlich
   (*pro hac vice* forthcoming)
   aehrlich@paulweiss.com
   Gregory Laufer
   (*pro hac vice forthcoming*)
    glaufer@paulweiss.com
   1285 Avenue of the Americas
   New York, NY 10019
   Tel: (212) 373-3166

   *Counsel for Defendant Jason Luo*

By: /s/ Michael S. Doluisio
   **DECHERT LLP**
   Michael S. Doluisio
   Michael.doluisio@dechert.com
   Cira Centre
   2929 Arch St
   Philadelphia, PA 19104
   Tel:  (215) 994-2325

   *Counsel for Defendants Marshall
   Kiev and David Boris*

By:  Joseph Matteo
   **BARNES & THORNBURG LLP**
   Lawrence Gerschwer
   (*pro hac vice* forthcoming)
   Lawrence.Gerschwer@btlaw.com
   Joseph Matteo
   Joseph.Matteo@btlaw.com
   390 Madison Ave, 12th Floor
   New York, NY 10017
   Tel: (646) 746-2022

   *Counsel for Defendant James
   Taylor*

2                    STIPULATION AND [PROPOSED] ORDER
                        CASE NO. 2:22-CV-00545-CCC-LDW

By: /s/ David Kiefer
    **McDERMOTT WILL
    & EMERY LLP**
    David Kiefer
    dkiefer@mwe.com
    Joel C. Haims
    (*pro hac vice* forthcoming)
    jhaims@mwe.com
    Allyson E. Riemma
    (*pro hac vice* forthcoming)
    ariemma@mwe.com
    One Vanderbilt Ave
    New York, NY 10017
    Tel:  (212) 547-5829

    *Counsel for Defendant
    BDO USA, LLP*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November_____, 2022


_____
HON. LEDA D. WETTRE
UNITED STATES MAGISTRATE JUDGE


3                    STIPULATION AND [PROPOSED] ORDER
                     CASE NO. 2:22-CV-00545-CCC-LDW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of November, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/* Laurence M. Rosen

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:22-CV-00545-CCC-LDW