**MCDERMOTT WILL & EMERY LLP**

David W. Kiefer (NJ Bar No. 041611998)
Joel C. Haims (admitted *pro hac vice*)
Kierstin S. Fowler (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY  10017
Email: dkiefer@mwe.com
      jhaims@mwe.com
      ksfowler@mwe.com
Tel.: 212.547.5589
Fax: 212.547.5444

Allyson Riemma (admitted *pro hac vice*)
444 West Lake St.
Chicago, IL  60606
Email:  ariemma@mwe.com
Tel.:  312.372.2000
Fax:  312.984.7700

Daniel T. Menken (*pro hac vice* application forthcoming)
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Email: dmenken@mwe.com
Tel.: 302.485.3911

*Attorneys for Defendant BDO USA, LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ELECTRIC LAST MILE SOLUTIONS, INC. SECURITIES LITIGATION | CASE NO. 2:22-cv-00545-CCC-LDW<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P 12(B)(6) <u>ON BEHALF OF BDO USA, LLP</u>**<br><br>**Return Date: May 15, 2023**<br>(Oral Argument Requested) |

**TO:**   ALL PARTIES AND COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on Monday, May 15, 2023 at 9:00 a.m., or as soon thereafter as the attorneys for the parties may be heard, the undersigned attorneys for Defendant BDO USA, LLP ("BDO") will move before the Hon. Claire C. Cecchi, U.S.D.J. at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101 for an Order granting this Motion to Dismiss the Amended Complaint against BDO with prejudice pursuant to Fed. R. Civ. P 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, BDO will rely upon the accompanying memorandum of law submitted and filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith, and oral argument is requested on the return date.

Dated: April 11, 2023         Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By:     */s/ David W. Kiefer*
David W. Kiefer (NJ Bar No. 041611998)
Joel C. Haims (admitted *pro hac vice*)
Kierstin S. Fowler (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY  10017
Email: dkiefer@mwe.com
          jhaims@mwe.com
          ksfowler@mwe.com
Tel.: 212.547.5589
Fax: 212.547.5444

Allyson Riemma (admitted *pro hac vice*)
444 West Lake St.
Chicago, IL  60606
Email:  ariemma@mwe.com
Tel.:  312.372.2000
Fax:  312.984.7700

Daniel T. Menken (*pro hac vice* forthcoming)
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Email: dmenken@mwe.com
Tel.: 302.485.3911

*Attorneys for Defendant BDO USA, LLP*

3