**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT HACKER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELECTRIC LAST MILE SOLUTIONS INC., et al.,<br><br>*Defendants*. | Civil Action No. 22-00545 (MEF)(LDW)<br><br>**ORDER** |

Today, the Court issued an opinion denying in part BDO USA, LLP's ("Defendant") motion to dismiss the amended complaint. This order accompanies that opinion.

It is ORDERED that the Defendant's motion to dismiss is denied to the extent it presses scienter arguments.

It is ORDERED that the Defendant's motion to dismiss is held in abeyance to the extent it presses arguments as to misstatements of "fact," so the parties can analyze in detail the relevant legal and factual questions under Omnicare and other relevant precedents.

It is ORDERED that the Defendant shall file any supplementary briefing on the above question of no more than 20 double-spaced pages on or before October 3, 2023. The Plaintiffs shall file any response of the same length on or before October 17, 2023. The Defendant may file any reply to the Plaintiffs' response of no more than 10 double-spaced pages on or before October 24, 2023.

It is further ORDERED that if the Plaintiffs believe there is any meaningful likelihood that they will make a motion to amend

the operative complaint at any point before the pending motion to dismiss is fully resolved, they shall file a letter describing their intentions on or before September 5. This is so the parties do not spend resources briefing a motion to dismiss that, potentially, could be rendered moot.

DATE: August 15, 2023

______________________________
Michael E. Farbiarz, U.S.D.J.