UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT T. HACKER, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELECTRIC LAST MILE SOLUTIONS INC., et al.,<br><br>*Defendants.* | Civil Action No. 22-545 (MEF)(LDW)<br><br>**ORDER** |

The Defendant-auditor moved to dismiss the Complaint, see Motion to Dismiss (Docket Entry No. 57), and the Court issued an extensive opinion (a) determining that the Complaint set out sufficient allegations as to scienter, and (b) permitting the parties to supplement their briefing as to falsity, in light of a then-recent Third Circuit opinion. See Opinion and Order (Docket Entry Nos. 71 and 72).

The supplemental briefing has been submitted.

There are two statements in play, one an allegedly false statement as to GAAP compliance, and the other an allegedly false statement as to conducting a PCAOB-complaint audit.

The Court treats these as statements of opinion under Omnicare, Inc. v. Laborers Dist. Council Const. Indus. Pension Fund, 575 U.S. 175 (2015).

Understood that way, the GAAP statement is adequately pled as false, largely for the reasons articulated by the Plaintiffs. See Plaintiffs' Response in Opposition to BDO USA, LLP's Supplemental Memorandum (Docket Entry No. 89) at 15-18.

And the PCAOB statement is also adequately pled as false, again largely for the reasons stated by the Plaintiffs. See id. at 12-14; see also New England Carpenters Guaranteed Annuity & Pension Funds v. DeCarlo, 80 F.4th 158 at 181-82 (2d Cir. 2023).

The motion to dismiss (Docket Entry 57) is denied.

* * *

It is on this 19th day of July, 2024 **SO ORDERED.**

Michael E. Farbiarz, U.S.D.J.